**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| ERIK SWANSON, | Case No. 2:15-cv-10114 |
| | Hon. |
| Plaintiff, | Mag. |
| v. | |
| | |
| DAVID ZIMMER and LUCIA SPECIALIZED HAULING, INC., a New York corporation, | |
| | |
| Defendants. | |

| | |
|---|---|
| BARRY F. KELLER (P15806) | TIMOTHY J. JORDAN (P46098) |
| ANN MAIRE PERVAN (P45213) | GARAN LUCOW MILLER, P.C. |
| KELLER & AVADENKA, P.C. | Attorneys for Defendants |
| Attorneys for Plaintiff | 1000 Woodbridge Street |
| 2242 S. Telegraph Rd., Ste. 100 | Detroit, MI 48207 |
| Bloomfield Hills, MI 48302 | (313) 446-5531/Fax: (313) 259-0450 |
| (248) 335-9266/Fax: (248) 335-6128 | tjordan@garanlucow.com |

**DEFENDANTS' NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1446(b)**

PLEASE TAKE NOTICE that Defendants DAVID ZIMMER and LUCIA SPECIALIZED HAULING, by and through their counsel, hereby remove the matter entitled *Erik Swanson v. David Zimmer and Lucia Specialized Hauling, Inc., a New York corporation*, Case No: 14-003089-NI, currently pending in the Circuit Court for the County of Jackson, to the United States District Court for the Eastern District of Michigan. The bases for removal are set forth below.

**STATEMENT OF GROUNDS FOR REMOVAL**

1. <u>State Court Action.</u>   This is an action initially filed in the Circuit Court for the County of Jackson, State of Michigan on November 10, 2014, being number 14-003089-NI on the docket of said Court, asserting a claim against the Defendants DAVID ZIMMER and LUCIA SPECIALIZED HAULING, seeking money damages for personal bodily injuries and medical

expenses allegedly sustained and arising out of negligence, negligent entrustment and vicarious liability.

2.This Notice of Removal is being filed within thirty (30) days after receiving notice of the complaint by service or otherwise as required by 28 U.S.C. §1446(b).

3.This Court has jurisdiction over this case based on diversity of citizenship pursuant to 28 U.S.C. §1332(a).

4.<u>Citizenship of Parties.</u>The Plaintiff, as alleged in Paragraph 1 of the Complaint is a citizen of the United States, and of the State of Illinois.  The Defendant David Zimmer, is a citizen of the United States, and of the State of New York.  Defendant Lucia Specialized Hauling, Inc., is a New York corporation.  For the purposes of the removal, the Defendants are not citizens of the State of Michigan and, therefore, there exists diversity of citizenship between the parties and this Court has jurisdiction pursuant to 29 U.S.C. §1332.

5.<u>Amount in Controversy.</u>Plaintiff generally alleges that the amount on controversy exceeds $25,000.00 as required to establish state circuit court jurisdiction.  Defendants further state that, pursuant to Fed. R. Civ. P. 81 and L.R. 81.1, the amount in controversy based on the damages and injuries alleged exceeds $75,000.00 (exclusive of fees, costs and interest), the jurisdictional amount required under diversity actions.

In support of Defendants' belief that Plaintiff values this matter in an amount greater than $75,000.00, Defendants direct this Court to the damages alleged by Plaintiff which include "left shoulder injury with nerve impingement, exacerbation of pre-existing neck, back and thoracic conditions with additional nerve damage, spinal and extremity injuries, in addition to extreme pain, contusions, abrasions, lacerations, multiple trauma, serious impairment of bodily functions, and

2

severe shock and injury to her (sic) nervous system, and any and all damages the proofs may show." (Plaintiff's Complaint, ¶12) As further evidence of Defendants' belief that Plaintiff seeks damages in excess of $75,000.00, Defendants direct this Court to the following damages, as asserted by Plaintiff: "pain, humiliation, embarrassment, mental anguish, gross indignity, and inconvenience because the permanent nature of his injuries. . ." (Plaintiff's Complaint, ¶13)

6. <u>State Court Documents Attached.</u>  A Summons and Complaint was served upon the Defendant LUCIA SPECIALIZED HAULING, INC. on December 12, 2014, via certified mail. Removal is timely under 28 U.S.C. §1446(b).  LUCIA SPECIALIZED HAULING, INC. has not appeared in the Circuit Court for the County of Jackson, State of Michigan.  Attached hereto is a copy of the Summons and Complaint as it was served upon the Defendant LUCIA SPECIALIZED HAULING, INC., via certified mail.

DAVID ZIMMER, co-defendant, has also been served with a Summons and Complaint and has not yet appeared in the Circuit Court for the County of Jackson, State of Michigan.

7. <u>The Other Removal Prerequisites Have Been Satisfied</u>.

All Defendants have consented to this removal.

No Defendant in this action has sought similar relief with respect to this matter.

The prerequisites for removal under 28 U.S.C. §1441 have been met.

The allegations of this notice are true and correct and this cause is within the jurisdiction of the United States District Court for the Eastern District of Michigan.

8. <u>Relief Requested.</u>  Defendants DAVID ZIMMER and LUCIA SPECIALIZED HAULING, INC., each being defended by GARAN LUCOW MILLER, P.C., jointly consent and respectfully request the United States District Court for the Eastern District of Michigan accept this

Notice of Removal and that it assume jurisdiction of this cause and issue such further orders and processes that may be necessary to bring before it all parties necessary for the trial hereof.

                              GARAN LUCOW MILLER, P.C.

                              /s/Timothy J. Jordan
                              TIMOTHY J. JORDAN (P46098)
                              Attorneys for Defendants
                              1000 Woodbridge Street
                              Detroit, MI  48207-3192
Dated: March 20, 2013          (313) 446-5531
1198051.1                                tjordan@garanlucow.com
                              P46098

| Approved, SCAO | Original - Court<br>1st copy - Defendant | | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|
| **STATE OF MICHIGAN**<br>JUDICIAL DISTRICT<br>**4th** JUDICIAL CIRCUIT<br>COUNTY PROBATE | **SUMMONS AND COMPLAINT** | 2014 | **CASE NO.**<br>3089 NI |

**Court address**
312 S. Jackson Street, Jackson, MI 49201

**Court telephone no.**
(517) 788-4268

Hon. John G. McBain
P47476
v

| Plaintiff's name(s), address(es), and telephone no(s). | Defendant's name(s), address(es), and telephone no(s). |
|---|---|
| Erik Swanson | LUCIA SPECIALIZED HAULING, INC<br>c/o Chief Executive Officer: Richard Lucia<br>689 Mariaville Rd., Schenectady, NY 12306 |

| Plaintiff's attorney, bar no., address, and telephone no. |
|---|
| Ann Marie Pervan P45213<br>2242 S. Telegraph, Suite 100<br>Bloomfield Hills, MI 48302 |

**SUMMONS** **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued<br>11/10/14 | This summons expires<br>2/9/15 | Court clerk | Amber Pritchard<br>~~Deputy County Clerk~~ |
|---|---|---|---|

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT** *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in Jackson County Circuit _____ Court.
The action ☐ remains ☑ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no.<br>12-3955-NI and 13-0063-NI | Judge<br>Richard N. Laflamme | Bar no.<br>P32641 |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village)<br>Danville, IL | Defendant(s) residence (include city, township, or village)<br>Schenectady, NY/ Saugerties, NY |
|---|---|
| Place where action arose or business conducted<br>Leoni Twonship, Jackson County, MI | |

Date: 11-6-2014

Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (3/08) **SUMMONS AND COMPLAINT** MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF JACKSON

ERIK SWANSON,

    PLAINTIFF,

VS.

DAVID ZIMMER AND
LUCIA SPECIALIZED HAULING, INC,

    DEFENDANTS.

CASE NO. 2014 3089 NI

Hon. John G. McBain
P47476

---

KELLER & AVADENKA, P.C.
By Barry F. Keller (P15806)
Ann Marie Pervan (P45213)
Attorneys for Plaintiff
2242 S. Telegraph Rd., Ste 100
Bloomfield Hills, MI 48302
(248) 335 9266
FAX (248) 335 6128
kellerandavadenka.com

---

*Other cases that arose out of the same events and occurrence which give rise to this case were previously filed in the Fourth Circuit Court by another law firm and assigned to Judge Richard N. LaFlamme with assigned case numbers 12-3955-NI and 13-0063-NI. The cases are no longer pending*

## COMPLAINT

NOW COMES Plaintiff, by and through his attorneys Keller & Avadenka P.C., and states the following as his Complaint:

### COMMON ALLEGATIONS

1.    Plaintiff ERIK SWANSON is a resident of the City of Danville, County of Vermilion, State of Illinois.

2.    Defendant David Zimmer, is a resident of the City of Saugerties, County of Ulster, State of New York.

3.  Defendant Lucia Specialized Hauling, [hereafter "Lucia"] is a New York corporation, doing business in Jackson County, and has serving as its chief executive officer, Richard Lucia, 689 Mariaville Rd., Schenectady, NY 12306.

4.  The amount in controversy exceeds the sum of Twenty-Five Thousand Dollars ($25,000.00). [MCR 2.111 (B)(2)].

5.  On or about the 1st day of February 2012, at approximately 8:19am, plaintiff was a passenger of an Amtrak train, Wolverine Line #351 which was en route from Detroit to Chicago and was traveling westbound at or near the intersection of Portage in the Township of Leoni, County of Jackson, State of Michigan.

6.  On or about the same date, time and location, Defendant, Lucia was the owner of a certain 2003 Western Star truck, a motor vehicle, bearing New Jersey license #AG397U; which was then being operated by Defendant, David Zimmer, with the express or implied consent of Defendant, Lucia, and who negligently allowed his vehicle to remain standing on the railroad track.

7.  Plaintiff was not guilty of negligence or comparative negligence· in the instant collision.

## COUNT I - NEGLIGENCE - DAVID ZIMMER

8.  Plaintiff incorporates Paragraphs 1 through 7 of this Complaint.

9.  It was the duty of the Defendant, David Zimmer, to operate said motor vehicle in a careful and prudent manner, and to exercise due care and caution in such operation without any negligence in accordance with the laws of the State of Michigan and the local ordinances.

10. Disregarding these duties, Defendant, David Zimmer operated the motor vehicle in a careless, reckless and negligent manner, without due care, caution and observation, thereby causing a collision with the Amtrak train and causing plaintiff to be severely injured.

11. Defendant David Zimmer operated the motor vehicle in a careless, reckless, and negligent manner including, but not limited to, the following:

A. Driving without due care and caution and in manner so as to endanger the passengers of the Amtrak train including Plaintiff and damage his person and property and failing to keep the said motor vehicle under control so as to avoid the collision with the Amtrak train;

B. Failing to keep a proper lookout for an approaching train;

C. Driving a motor vehicle on the highway carelessly and heedlessly in willful disregard of safety of others, including the Plaintiff, without due caution and circumspection and at a speed so as to endanger person and property. Violation of MCLA 257.626; MSA 9.2326 and appropriate amendments thereto;

D. Carelessly, recklessly, and negligently operating a motor vehicle with defective brakes, in violationofMCLA257.705; MSA 9.2405 and appropriate amendments thereto;

E. Failing to traverse the railroad crossing when it was safe to do so. MCLA 257.668 (1)

F. Failing to assure that his commercial motor vehicle had sufficient undercarriage clearance before crossing the railroad. MCLA 257.669a (3), 49 CFR 392.10, II;

G. Crossing a railroad when the vehicle could not be driven completely through the crossing without stopping. MCLA 257 .669a (4), 49 CFR 392.10, 11;

H. Performing other acts of negligence not yet known by Plaintiff but which will be ascertained during the discovery of this litigation.

12. As a direct and proximate result of these acts of negligence, Plaintiff was caused to suffer personal injuries including, but not limited to, the following: left shoulder injury with nerve impingement, exacerbation of pre-existing neck, back and thoracic conditions with additional nerve damage, spinal and extremity injuries, in addition to extreme pain, contusions, abrasions, lacerations, multiple trauma, serious impairment of bodily functions, and severe shock and injury to her nervous system, and any and all damages the proofs may show.

13. Prior to this accident, Plaintiff had disabilities related to his lower extremities that he had learned to cope with for years but as a direct and proximate result of the negligence of the Defendants, Plaintiff:

a. became ill and sore;

b. has suffered pain, humiliation, embarrassment, mental anguish, gross indignity and inconvenience because of the permanent nature of his injuries and the severe setbacks caused by them;

c. has suffered an impairment of his ability to manage his preexisting disabilities

d. is unable to participate in the usual activities of life in which he indulged prior to her injuries.

WHEREFORE, Plaintiff prays for a Judgment against Defendants of damages in whatever amount in excess of Twenty-Five Thousand Dollars ($25,000.00) he is deemed to be entitled by this Honorable Court and/or Jury, together with costs, interest, and attorney fees.

## COUNT II OWNER'S LIABILITY - LUCIA

14. Plaintiff incorporates paragraphs 1 through 13 of this Complaint.

15. With reference to the allegations contained in Count I, Plaintiff alleges that Defendant, Lucia is liable for the acts of negligence asserted against Defendant, David Zimmer who was operating Defendant, Lucia's vehicle, and is therefore also liable for the damages to Plaintiff as set forth above [MCLA 257.401; MSA 9.2101].

WHEREFORE, Plaintiff prays for a Judgment against Defendants, of damages in whatever amount in excess of Twenty-Five Thousand Dollars ($25,000.00) he is deemed to be entitled by this Honorable Court and/or Jury together with costs, interest, and attorney fees.

## COUNT III- NEGLIGENT ENTRUSTMENT- LUCIA

16. Plaintiff incorporates paragraphs 1 through 15 of this Complaint.

17. Defendant, Lucia, carelessly, recklessly and negligently entrusted said motor vehicle and the operation thereof to Defendant, David Zimmer, the latter being a person incompetent and unfit to drive a motor vehicle upon the highways of the State of Michigan by reason of inability, inexperience and consistently negligent driving, all of which were known and should have been known in the exercise of reasonable care and caution by Defendant, Lucia.

18. Defendant Lucia, is thereby guilty of negligence toward Plaintiff, such negligence being the direct and proximate cause of Plaintiff's injuries as described above.

WHEREFORE, Plaintiff prays for a Judgment against Defendants, of damages in whatever amount in excess of Twenty-Five Thousand Dollars ($25,000.00) he is deemed to be entitled by this Honorable Court and/or Jury together with costs, interest and attorney fees.

KELLER & AVADENKA, P.C.

By: _____
Barry F. Keller (P15806)
Ann Marie Pervan (P45213)
Attorneys for Plaintiff

DATED: November 6, 2014

## NOTICE OF DEMAND FOR JURY TRIAL

DEMAND FOR A TRIAL BY JURY IS HEREBY MADE.

Respectfully submitted,
KELLER & AVADENKA, P.C.

_____
Barry F. Keller (P15806)
Ann Marie Pervan (P45213)
Attorneys for Plaintiff

DATED: November 6, 2014

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ERIK SWANSON,

    Plaintiff,

v.

DAVID ZIMMER and LUCIA SPECIALIZED
HAULING, INC., a New York corporation,

    Defendants.

Case No.  2:15-cv-10114
Hon.
Mag.

---

BARRY F. KELLER (P15806)
ANN MAIRE PERVAN (P45213)
KELLER & AVADENKA, P.C.
Attorneys for Plaintiff
2242 S. Telegraph Rd., Ste. 100
Bloomfield Hills, MI 48302
(248) 335-9266/Fax: (248) 335-6128

TIMOTHY J. JORDAN (P46098)
GARAN LUCOW MILLER, P.C.
Attorneys for Defendants
1000 Woodbridge Street
Detroit, MI 48207
(313) 446-5531/Fax: (313) 259-0450
tjordan@garanlucow.com

---

**AFFIDAVIT**

STATE OF MICHIGAN    )
                             )ss
COUNTY OF WAYNE     )

    TIMOTHY J. JORDAN, being first duly sworn, deposes and says, that he is associated with the law firm of GARAN LUCOW MILLER, P.C. and that he has been charged with the defense and representation of DAVID ZIMMER and LUCIA SPECIALIZED HAULING, INC., Defendants herein; that in such capacity he has prepared the foregoing Notice for Removal of Civil Action to the United States District Court, Eastern District of Michigan, Southern Division, that the matters set forth in said Notice are true except as to those matters stated herein to be upon information and belief as to which matters he is informed and believes same to be true.

Further deponent sayeth not.

/s/Timothy J. Jordan
TIMOTHY J. JORDAN (P46098)

Subscribed and sworn to before me
this 12th day of January, 2015.

/s/Laura Ann Powell
Notary Public
County of Wayne, State of Michigan
Acting in Wayne County
My Commission Expires: 03/28/2015

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ERIK SWANSON,                                        Case No. 2:15-cv-10114
                                                     Hon.
    Plaintiff,                                    Mag.

v.

DAVID ZIMMER and LUCIA SPECIALIZED
HAULING, INC., a New York corporation,

    Defendants.

| | |
|---|---|
| BARRY F. KELLER (P15806) | TIMOTHY J. JORDAN (P46098) |
| ANN MAIRE PERVAN (P45213) | GARAN LUCOW MILLER, P.C. |
| KELLER & AVADENKA, P.C. | Attorneys for Defendants |
| Attorneys for Plaintiff | 1000 Woodbridge Street |
| 2242 S. Telegraph Rd., Ste. 100 | Detroit, MI 48207 |
| Bloomfield Hills, MI 48302 | (313) 446-5531/Fax: (313) 259-0450 |
| (248) 335-9266/Fax: (248) 335-6128 | tjordan@garanlucow.com |

**PROOF OF SERVICE**

       I hereby certify that on **January 12, 2015,** my assistant, Laura A. Powell, electronically filed the foregoing document with the United States District Court, Eastern District of Michigan, Southern Division using the ECF System which will send notification to all counsel of record.

| | |
|---|---|
| BARRY F. KELLER, (P15706) | Jackson County Circuit Court |
| KELLER & AVADENKA, P.C. | 312 Jackson Street |
| 2241 S. Telegraph Rd., Ste. 100 | Jackson, MI 49201 |
| Bloomfield Hills, MI 48302 | |

                                              GARAN LUCOW MILLER, P.C.

                                              /s/Timothy J. Jordan
                                            TIMOTHY J. JORDAN (P46098)
                                            Attorneys for Defendants
                                            1000 Woodbridge Street
                                            Detroit, MI  48207-3192
Dated: March 20, 2013                    (313) 446-5531
1198051.1                                        tjordan@garanlucow.com
                                            P46098

3

## STATE OF MICHIGAN
### IN THE CIRCUIT COURT FOR THE COUNTY OF JACKSON

ERIK SWANSON,

      Plaintiff,

v.

DAVID ZIMMER and
LUCIA SPECIALIZED HAULING, INC.

      Defendants.

Case No. 14-003089-NI 38
Hon. John G. McBain

| BARRY F. KELLER (P158060) | TIMOTHY J. JORDAN (P46098) |
|---|---|
| ANN MAIRE PERVAN (P45213) | GARAN LUCOW MILLER, P.C. |
| KELLER & AVADENKA, P.C. | Attorneys for Defendants |
| Attorneys for Plaintiff | 1000 Woodbridge Street |
| 2242 S. Telegraph Rd., Ste. 100 | Detroit, MI 48207 |
| Bloomfield Hills, MI 48302 | (313) 446-5531/Fax: (313) 259-0450 |
| (248) 335-9266/Fax: (248) 335-6128 | tjordan@garanlucow.com |
| kellerandavadenka.com | |

### NOTICE OF FILING OF NOTICE OF REMOVAL
### PURSUANT TO 28 U.S.C. §1446(b)

TO:    Jackson County Clerk of the Court
          Barry F. Keller, Esq.

PLEASE TAKE NOTICE that a Notice of Removal of the entitled action from the Jackson County Circuit Court, State of Michigan, to the United States District Court for the Eastern District of Michigan, a copy of which is attached hereto, was duly filed on January 12, 2015, in the United States District Court for the Eastern District of Michigan.

                                          GARAN LUCOW MILLER, P.C.

                                          TIMOTHY J. JORDAN (P46098)
                                          Attorneys for Defendants
                                          1000 Woodbridge Street
                                          Detroit, MI 48207-3192
                                          (313) 446-5531
Dated: January 12, 2015                     tjordan@garanlucow.com

## PROOF OF SERVICE

STATE OF MICHIGAN    )
                     ) ss.
COUNTY OF WAYNE      )

    LAURA A. POWELL, being first duly sworn, deposes and says that she is employed by GARAN LUCOW MILLER, P.C., and that on the 12th day of January, 2015, she served a copy of: **NOTICE OF FILING OF NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1446(b), DEFENDANTS' NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1446(b) AND THIS PROOF OF SERVICE** upon:

    BARRY F. KELLER, ESQ.
    ANN MAIRE PERVAN (P45213)
    KELLER & AVADENKA, P.C.
    2242 S. Telegraph Rd., Ste. 100
    Bloomfield Hills, MI 48302

    by placing same in envelopes addressed as above with postage prepaid and by depositing same in the United States Mail.

                                            LAURA A. POWELL

1198047.1