**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ERIK SWANSON,

    Plaintiff,

v.

DAVID ZIMMER and LUCIA SPECIALIZED HAULING, INC., a New York corporation,

    Defendants.

Case No.  2:15-cv-10114-AJT-EAS
Hon.  Arthur J. Tarnow
Mag.  Elizabeth A. Stafford

---

**STIPULATION FOR DISMISSAL**

IT IS HEREBY stipulated by and between the parties that this matter be dismissed with prejudice and without costs, fees or sanctions to any party.


w/consent Barry F. Keller
BARRY F. KELLER (P15806)
ANN MAIRE PERVAN (P45213)
KELLER & AVADENKA, P.C.
Attorneys for Plaintiff
2242 S. Telegraph Rd., Ste. 100
Bloomfield Hills, MI 48302
(248) 335-9266/Fax: (248) 335-6128

/s/Timothy J. Jordan
TIMOTHY J. JORDAN (P46098)
GARAN LUCOW MILLER, P.C.
Attorneys for Defendants
1000 Woodbridge Street
Detroit, MI 48207
(313) 446-5531/Fax: (313) 259-0450
tjordan@garanlucow.com

1204364.1